IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,
v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

_____

ORDER DENYING MOTIONS TO DISMISS BY DEFENDANT ROBERT E. O'CONNOR
_____

    On September 6, 2011, Defendant Robert E. O'Connor filed a motion to dismiss the complaint under Fed.R.Civ.P. 12(b)(6). The plaintiff filed a first amended complaint on September 20, 2011, and on October 4, 2011, Defendant Robert E. O'Connor filed a motion to dismiss the claim of fraudulent inducement in the first amended complaint and incorporated by reference his earlier filed motion to dismiss the claim of breach of personal guarantee in the original complaint. On review of the allegations in the first amended complaint, it is

    ORDERED that the two motions to dismiss filed by Defendant Robert E. O'Connor are denied and this case will go forward on the allegations in the first amended complaint.

    DATED: October 28th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge