**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                         January 11, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 11-cv-02126-RPM

| | |
|---|---|
| MARY L. GEORGI, | Andrew J. Petrie |
| | Rachel R. Mentz |
| Plaintiff, | |
| v. | |
| THOMAS L. GRIFFIN, | Curt Todd |
| JAMES L. MCVEY and | Larence J. Kelly |
| ROBERT E. O'CONNER, | William T. Slamkowski |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:02 a.m.        Court in session.**

Discussion regarding case facts, claims (fraud oral personal guarantee - no note), damages and discovery. Counsel state business venture is a software application (currently in business). There is no claim against business entitiy.

Court agrees with suggestion regarding Rule 31 discovery.

**ORDERED:     Defendant McVey Motion for Leave to File Amended Answer to First Amended Complaint [23], is granted.  Amended Answer filed.
Discovery cut-off April 30, 2012.**

**Scheduling Order signed.**

**11:25 a.m.       Court in recess.**

Hearing concluded.  Total time: 23 min.