**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                     March 12, 2012
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,                                        Andrew J. Petrie
                                                       Matthew A. Morr
        Plaintiff,

v.

THOMAS L. GRIFFIN,                                     Curt Todd
JAMES L. MCVEY and                                     Larence J. Kelly
ROBERT E. O'CONNER,                                    William T. Slamkowski

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion to Withdraw**

**2:00 p.m.        Court in session.**

Defendant Griffin present.

Mr. Todd answers questions asked by the Court regarding discovery and states Court's understanding of his motion to withdraw is correct.

Mr. Griffin answers questions asked by the Court and informs the Court of his current status regarding financial and health conditions.
Court advises Mr. Griffin regarding right to self representation.

Mr. Todd answers further questions asked by the Court regarding continuing representation through completion of scheduled depositions.

**ORDERED:    Mr. Todd shall continue to represent Mr. Griffin through completion of the current scheduled depositions.  Mr. Todd may renew his motion to withdraw after completion of depositions currently scheduled.**

**Counsel Curt Todd's Motion to Withdraw [31], is denied at this time for reasons as stated on record.**

**Amended Motion to Withdraw [38], is denied at this time for reasons as stated on record.**

**2:15 p.m.        Court in recess.**        Hearing concluded.  Total time: 15 min.