IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

      Plaintiff,

v.

THOMAS L. GRIFFIN, JAMES L. McVEY, and ROBERT E. O'CONNOR,

      Defendants.

---

## ORDER GRANTING RENEWED MOTION TO WITHDRAW

---

THIS MATTER, having come before the Court on the Renewed Motion to Withdraw filed by the attorneys of record for Defendant Thomas L. Griffin, Curt Todd of the Law Office of Curt Todd, LLC, and the Court, being advised in the premises, finding good cause for the granting of the Renewed Motion and finding that the Renewed Motion complies with D.C.COLO.LCivR 83.3D,

ORDERS that the Renewed Motion to Withdraw filed by the attorneys of record for Defendant Thomas L. Griffin, Curt Todd of the Law Office of Curt Todd, LLC, is hereby granted and that Curt Todd of the Law Office of Curt Todd, LLC has withdrawn as counsel of record for Defendant Thomas L. Griffin in this case.

DATED 5-8-12 .

BY THE COURT

_____
U.S. DISTRICT COURT JUDGE