IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,
v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

_____

ORDER FOR FILING SECOND AMENDED COMPLAINT
_____

On January 27, 2012, the plaintiff filed a motion for leave to file a second amended complaint for the limited purpose of pleading for exemplary damages as additional relief. While the motion describes that it is opposed, no opposition has been filed by defendants. To comply with the Colorado law concerning pleading of exemplary damages it is

ORDERED that the motion is granted and the second amended complaint is filed.

DATED:   May 9th, 2012

                                                BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge