IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,

v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

_____

ORDER ON MOTIONS
_____

Upon review of the pleadings filed and the Court's conclusion that the issues in this litigation must be resolved by trial and that these pleadings are not necessary, it is

ORDERED that the plaintiff's motion for leave to file third amended complaint [50], is denied. It is

FURTHER ORDERED that the defendant Robert O'Connor's motion for summary judgment [51] is denied and the plaintiff's motion for summary judgment [52] is denied. It is

FURTHER ORDERED that the motion for extension of time to answer second amended complaint [53] is denied.

DATED:   May 25th, 2012

                                          BY THE COURT:

                                          s/ Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge