IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,

v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

**ORDER GRANTING GEORGI'S <u>UNOPPOSED</u> MOTION TO STRIKE McVEY'S DEPOSITION CORRECTIONS**

THIS MATTER is before the Court on plaintiff Mary L. Georgi's ("Georgi") unopposed motion to strike defendant McVey's changes to his deposition transcript. The Court has reviewed the motion, and directs that defendant McVey's answers appearing at lines 14:14-18 and 19:13-17 in the original deposition transcript should be treated as if McVey did not amend those answers, and ORDERS that the parties to this case are barred from using McVey's amendments to these answers in any respect in this case.

DATED:  June 21st, 2012.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge