IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

      Plaintiff,

v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

      Defendants.

_____

ORDER SETTING TRIAL DATE AND PRETRIAL/TRIAL PREPARATION CONFERENCE
_____

Pursuant to the hearing today, it is

ORDERED that this matter is set for trial to jury on **December 10, 2012, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. It is

FURTHER ORDERED that a pretrial/trial preparation conference is scheduled for **November 30, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **November 21, 2012.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.

DATED: August 8th, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge