IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,

v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

_____

### ORDER FOR DISMISSAL
_____

    Pursuant to the joint motion to dismiss the claims asserted against Defendant McVey [69] filed August 21, 2012, it is

    ORDERED that the complaint against Defendant James L. McVey is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

    DATED: August 23rd, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge