IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,

v.

THOMAS L. GRIFFIN and
ROBERT E. O'CONNOR,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT ROBERT E. O'CONNOR
_____

Pursuant to the Stipulated Motion to Dismiss [84] filed today, it is

ORDERED that the complaint is dismissed with prejudice as to Defendant Robert E. O'Connor, each party to bear their own fees and costs.

DATED:    January 4, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge