IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02126-RPM

MARY L. GEORGI,

    Plaintiff,

v.

THOMAS L. GRIFFIN,
JAMES L. McVEY, and
ROBERT E. O'CONNOR,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT THOMAS L. GRIFFIN
_____

Upon review of plaintiff's response to this Court's Order to Show Cause entered on July 19, 2013, it is

ORDERED that this civil action is dismissed as to Defendant Thomas L. Griffin.

DATED: July 31st, 2013

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge